# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Shamra Lynn Campbell, | ) | Case No. 4:12-cr-146 |
| Defendant. | ) | |

Former Assistant Federal Public Defender Heather Mitchell is **GRANTED** leave to withdraw. Assistant Federal Public Defender Chris Bellmore shall be substituted as counsel of record for defendant.

**IT IS SO ORDERED.**

Dated this 10th day of May, 2016.

>                                              */s/ Charles S. Miller, Jr.*
>                                              Charles S. Miller, Jr., Magistrate Judge
>                                              United States District Court